UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANGELIQUE GUYAUX,

        Plaintiff,                             Case No. 13-12076

                                                        Paul D. Borman
                                                        United States District Judge

v.                                                       Michael Hluchaniuk
                                                        United States Magistrate Judge

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.
_____/

ORDER (1) ADOPTING MAGISTRATE JUDGE MICHAEL HLUCHANIUK'S
JULY 15, 2014 REPORT AND RECOMMENDATION (ECF NO. 16),
(2) DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 15),
(3) GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 12),
(4) REVERSING THE FINDINGS OF THE COMMISSIONER AND
(5) REMANDING TO THE COMMISSIONER
PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)

On July 15, 2014, Magistrate Judge Michael Hluchaniuk issued a Report and Recommendation to deny Defendant's Motion for Summary Judgment, grant Plaintiff's Motion for Summary Judgment, reverse the findings of the Commissioner and remand this matter to the Commissioner for findings consistent with his Report and Recommendation, pursuant to sentence four of 42 U.S.C. § 405(g).

Having reviewed the Report and Recommendation, and there being no timely objections under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court ADOPTS the Report and Recommendation, DENIES Defendant's Motion for Summary Judgment, GRANTS Plaintiff's

1

Motion for Summary Judgment, REVERSES the findings of the Commissioner and REMANDS to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g).

IT IS SO ORDERED.

                                                      s/Paul D. Borman
                                                      PAUL D. BORMAN
                                                      UNITED STATES DISTRICT JUDGE

Dated: August 22, 2014

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on August 22, 2014.

                                                      s/Deborah Tofil
                                                     Case Manager